UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED 2007 OCT 12 P 2:45

UNITED STATES OF AMERICA :

v. : DOCKET NO. 3:07CR231(CSH)

DOUGLAS BICKHAM : OCTOBER 12, 2007

## GOVERNMENT'S MOTION TO UNSEAL

On October 11, 2007, a federal grand jury sitting in Hartford, Connecticut, returned a one count indictment charging Douglas Bickham with possessing with intent to distribute five or more grams of cocaine base/crack cocaine in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)(3). At the Government's request, the indictment was sealed pending further order of the Court. Given the arrest of the defendant, the Government moves to unseal the indictment so that a copy may be given to counsel for the defendant.

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

ANTHONY E. KAPLAN
ASSISTANT UNITED STATES ATTORNEY
Federal Bar No. ct08083
157 Church Street, 23rd Floor
New Haven, CT 06510
(203) 821-3700

The Government's Motion to Unseal the Indictment is hereby GRANTED/~~DENIED~~ this 12th day of October, at New Haven, Connecticut.

The Honorable William I. Garfinkel
United States Magistrate Judge

## C E R T I F I C A T I O N

A copy of the within and foregoing has been hand-delivered to counsel for the defendant, this 12th day of October, 2007.

_____
ANTHONY E. KAPLAN
ASSISTANT UNITED STATES ATTORNEY